| | | | | |
|---|---|---|---|---|
| Ziemlewicz v. City of Philadelphia Bd. of License and Inspection Review .. | 08/30/2016 | 213 EAL (2016) | Denied | Pa.Cmwlth., 134 A.3d 171 |